

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2019-01601  DIVISION "A" SECTION 16

DEANGELO ADAMS

VERSUS

ZURICH AMERICAN INSURANCE COMPANY, SYSCO NEW ORLEANS, LLC, AKA SYSCO USA, II, LLC, AND TOMMY DUNCAN

FILED: _____   _____
                                    DEPUTY CLERK

**PETITION FOR DAMAGES**

The petition of Deangelo Adams, a resident and domiciliary of the Parish of Orleans, State of Louisiana, respectfully represents that:

1.

Tommy Duncan, named as a defendant herein, upon information and belief, is a person of the full age of majority, resident and domiciliary of the State of Mississippi and within the jurisdiction of this Honorable Court.

2.

Zurich American Insurance Company, named as a defendant herein, upon information and belief, is a foreign insurer licensed to do business and/or actually doing business in the State of Louisiana, and within the jurisdiction of this Honorable Court.

3.

Sysco New Orleans, LLC, aka Sysco USA, II, (hereinafter sometimes referred to as "Sysco"), is upon information and belief a corporation organized under the laws of a State other than the State of Louisiana, and licensed to do and/or actually doing business within the Parish of Orleans and within the jurisdiction of this Honorable Court.

4.

At all times material hereto, and more particularly on about February 15, 2018, defendant, Zurich American Insurance Company, had in full force and effect policies, contracts and/or agreements of insurance which afforded Liability Coverage to Sysco and Tommy Duncan, for claims of the nature herein asserted, your petitioner is entitled and does hereby assert said claims directly against Zurich American Insurance Company pursuant to the provisions of L.S.A.-R.S. 22:655 (Louisiana Direct Action Statute).



5.

The above named defendants, are jointly, severally, and in solido liable unto petitioner, Deangelo Adams, in a full and true sum to be determined by this Honorable Court, together with interest from the date of judicial demand and for all costs of these proceedings for the following to-wit:

6.

On or about February 15, 2018, Chevaz McClain was operating his 2016 Nizzan Altima with your petitioner, Deangelo Adams seated as a guest passenger when the defendant's vehicle, owned by Sysco and operated by its employee, Tommy Duncan, lost control and came across his lane of traffic violently striking the plaintiff's vehicle with such full force of impact, as to knock your petitioners vehicle into the concrete guardrail, violently throwing your petitioners body throughout the vehicle before coming to an abrupt halt, causing damage to the McClain vehicle, all of which caused the injuries of which your petitioner, Deangelo Adams now complains.

7.

The sole and proximate cause of this accident was the negligence of defendants, Zurich American Insurance Company, Sysco and Tommy Duncan, which negligence consists of, but is not limited to, the following:

    a) Failure to maintain control of his vehicle;

    b) Failure to see what should have been seen;

    c) Improper left turn;

    d) Failure to yield to right of way;

    e) Failure to keep the vehicle under control;

    f) Failure to maintain a proper lookout;

    g) Operation of his vehicle in careless disregard for the lives and safety of others;

    h) Violations of pertinent state traffic statutes and/or parish traffic ordinances; and

    i) Any other acts of negligence which may be shown upon the trial of this matter.

8.

As a direct result of the above-described accident, your petitioner, Deangelo Adams, suffered severe injuries to the muscles, ligaments, tendons, blood vessels, nerves and other soft tissue structures of the cervical, lumbar, thoracic and hip regions of the spine, injuries to the nervous system and psyche; aggravation, precipitation and/or the exacerbation of prior existing non-deliberating predispositions, and including without limitation, normal degenerative changes.

9.

As a further result of the above-described accident, your petitioner, Deangelo Adams suffered severe physical pain and suffering as well as keen mental and emotional anguish and distress; he has incurred expenses for medical care and treatment which he otherwise would not

have incurred; he has missed time from work to which he has incurred lost wages both past, present, and future and his earning capacity has been diminished; and he has been handicapped in his normal activities. These conditions may continue, worsen or become permanent; and the full residuals and sequelae of his injuries are as yet not fully known, but have been and will be severe.

10.

At all material times herein mentioned and particularly on February 15, 2018, Tommy Duncan was, upon information and belief, acting in the furtherance of and course and scope of his employment with Sysco, as an agent, employee or otherwise when this accident occurred, rendering defendant, Sysco, vicariously liable for the acts of Tommy Duncan.

**WHEREFORE**, your petitioner, Deangelo Adams, prays that the defendants, Zurich American Insurance Company, Sysco and Tommy Duncan, be served with the above and foregoing petition and citation, and that after all legal proceedings and due delays are had, there be a judgment rendered herein in favor of your petitioner, Deangelo Adams and against the defendants, Zurich American Insurance Company, Sysco and Tommy Duncan, jointly, severally, and in solido, in an amount deemed reasonable in the premises, together with legal interest therein from the date of judicial demand until paid, plus all costs and disbursements of these proceedings.

Your petitioner also prays for all damages associated in the failure of the Defendant to pay the property damage.

Your petitioner further prays for all general and equitable relief as the nature of the cause may require.

Respectfully submitted,

*/s/ Vanessa Motta*
**VANESSA MOTTA (#36915)**
**MOTTA LAW, LLC**
855 Baronne Street
2nd Floor
New Orleans, LA 70113
Telephone: (504) 500-7246
Facsimile: (504) 513-3122
Email: vanessa@mottalaw.com

**PLEASE SERVE THE PETITION AND CITATION UPON THE FOLLOWING DEFENDANTS:**

1. Sysco Corporation
   through its agent for service of process
   Corporation Service Company
   501 Louisiana Avenue
   Baton Rouge, LA 70802

2. Tommy Duncan
   through Louisiana Long Arm Statute
   421 MP Parker Rd
   McHenry, MS 39561

3. Zurich American Insurance Company
   through its registered agent for service
   Louisiana Secretary of State
   State of Louisiana
   8585 Archives
   Baton Rouge, LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED FEB 12 2019
CLERKS OFFICE
CIVIL DISTRICT COURT

NO.                                                                                          DIVISION "    "

DEANGELO ADAMS

VERSUS

AND

ZURICH AMERICAN INSURANCE COMPANY, ET AL

FILED:_____                    _____
                                                  DEPUTY CLERK

### REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes your petitioners herein, Deangelo Adams, pursuant to LCCP Articles 1572, 1913, and 1914, who asks this Court for written notice ten (10) days in advance of the date fixed for the hearing of any exception, motion, rule, or trial on the merits, in the captioned proceeding. Furthermore, petitioner requests immediate notice of all orders on any judgments, exceptions, motions, rules, or of the trial on the merits in the captioned proceeding.

Respectfully submitted,

_____
**VANESSA MOTTA (#36915)**
MOTTA LAW, LLC
855 Baronne Street
2nd Floor
New Orleans, LA 70113
Telephone: (504) 500-7246
Facsimile: (504) 513-3122
Email: vanessa@mottalaw.com

| | |
|---|---|
| ATTORNEY'S NAME: | Motta, Vanessa 36915 |
| AND ADDRESS: | 4501 Cleveland Place, Metairie, LA 70003 |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2019-01601     DIVISION: A     SECTION: 16

### ADAMS, DEANGELO

Versus

### ZURICH AMERICAN INSURANCE COMPANY ET AL

### CITATION

TO:        ZURICH AMERICAN INSURANCE COMPANY

THROUGH:   ITS REGISTERED AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE, STATE OF LOUISIANA

8585 ARCHIVES AVENUE, BATON ROUGE, LA

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 15, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within

Petition for Damages
ON ZURICH AMERICAN INSURANCE COMPANY
THROUGH: ITS REGISTERED AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE, STATE OF LOUISIANA

Returned the same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
PAPER           RETURN
_____ / _____ / _____
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within

Petition for Damages
ON ZURICH AMERICAN INSURANCE COMPANY
THROUGH: ITS REGISTERED AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE, STATE OF LOUISIANA

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ZURICH AMERICAN INSURANCE COMPANY being absent from the domicile at time of said service.

Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 10132496                Page 1 of 1

ATTORNEY'S NAME: Motta, Vanessa 36915
AND ADDRESS: 4501 Cleveland Place, Metairie, LA 70003

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-01601     DIVISION: A     SECTION: 16

ADAMS, DEANGELO

Versus

ZURICH AMERICAN INSURANCE COMPANY ET AL

## CITATION

TO: ZURICH AMERICAN INSURANCE COMPANY
THROUGH: ITS REGISTERED AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE, STATE OF LOUISIANA
8585 ARCHIVES AVENUE, BATON ROUGE, LA

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 15, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by /s/ Malik Haley
Malik Haley, Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within **Petition for Damages** ON ZURICH AMERICAN INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE, STATE OF LOUISIANA<br>Returned the same day<br>No. ___<br>Deputy Sheriff of ___<br>Mileage: $ ___<br>___/ ENTERED /___<br>PAPER      RETURN<br>___/___<br>SERIAL NO.   DEPUTY   PARISH | On this ___ day of ___ served a copy of the within **Petition for Damages** ON ZURICH AMERICAN INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE, STATE OF LOUISIANA<br>by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ZURICH AMERICAN INSURANCE COMPANY being absent from the domicile at time of said service.<br>Returned the same day<br>___ No. ___<br>Deputy Sheriff of ___ |

ID: 10132496     Page 1 of 1

ATTORNEY'S NAME: Motta, Vanessa 36915
AND ADDRESS: 4501 Cleveland Place, Metairie, LA 70003

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2019-01601　　　　　DIVISION: A　　　　　SECTION: 16

**ADAMS, DEANGELO**

Versus

**ZURICH AMERICAN INSURANCE COMPANY ET AL**

### CITATION - LONG ARM

TO:　　　DUNCAN, TOMMY

THROUGH:　THE LOUISIANA LONG ARM STATUTE

　　　　　421 MP PARKER ROAD, MCHENRY, MS 39561

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 15, 2019**

Clerk's Office, Room 402, Civil Courts　　　CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue　　　　　　　　　　　　The Civil District Court
New Orleans, LA　　　　　　　　　　　　　for the Parish of Orleans
　　　　　　　　　　　　　　　　　　　　State of LA
　　　　　　　　　　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　　　　　　Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON DUNCAN, TOMMY THROUGH: THE LOUISIANA LONG ARM STATUTE Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ ENTERED / _____ _____PAPER_____ RETURN_____ _____/_____/_____ SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON DUNCAN, TOMMY THROUGH: THE LOUISIANA LONG ARM STATUTE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DUNCAN, TOMMY being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10132495　　　　　　　　　　　　　　　Page 1 of 1

ATTORNEY'S NAME: Motta, Vanessa 36915
AND ADDRESS: 4501 Cleveland Place, Metairie, LA 70003

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-01601  DIVISION: A  SECTION: 16

**ADAMS, DEANGELO**

Versus

**ZURICH AMERICAN INSURANCE COMPANY ET AL**

### CITATION - LONG ARM

TO:  DUNCAN, TOMMY
THROUGH:  THE LOUISIANA LONG ARM STATUTE
421 MP PARKER ROAD, MCHENRY, MS 39561

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 15, 2019

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
The Civil District Court
for the Parish of Orleans
State of LA
by Malik Haley
Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within **Petition for Damages** ON **DUNCAN, TOMMY** THROUGH: **THE LOUISIANA LONG ARM STATUTE** Returned the same day ___ No. ___ Deputy Sheriff of ___ Mileage: $ ___ / ENTERED / ___ PAPER  RETURN  / ___ / ___ SERIAL NO.  DEPUTY  PARISH | On this ___ day of ___ served a copy of the within **Petition for Damages** ON **DUNCAN, TOMMY** THROUGH: **THE LOUISIANA LONG ARM STATUTE** by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **DUNCAN, TOMMY** being absent from the domicile at time of said service. Returned the same day ___ No. ___ Deputy Sheriff of ___ |

ID: 10132495                                    Page 1 of 1

ATTORNEY'S NAME:   Motta, Vanessa 36915
AND ADDRESS:   4501 Cleveland Place, Metairie, LA 70003

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-01601          DIVISION: A          SECTION: 16

ADAMS, DEANGELO

Versus

ZURICH AMERICAN INSURANCE COMPANY ET AL

## CITATION

TO:      SYSCO CORPORATION
THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SYSTEM COMPANY
         501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 15, 2019

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                                The Civil District Court
New Orleans, LA                                  for the Parish of Orleans
                                                 State of LA
                                                 by _____
                                                 Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON SYSCO CORPORATION THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SYSTEM COMPANY<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED / _____<br>PAPER          RETURN<br>___ / ___ / ___<br>SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON SYSCO CORPORATION THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SYSTEM COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SYSCO CORPORATION being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

ID: 10132494                     Page 1 of 1

| | |
|---|---|
| ATTORNEY'S NAME: | Motta, Vanessa 36915 |
| AND ADDRESS: | 4501 Cleveland Place, Metairie, LA 70003 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-01601 | DIVISION: A | SECTION: 16 |
|---|---|---|
| | ADAMS, DEANGELO | |

**Versus**

**ZURICH AMERICAN INSURANCE COMPANY ET AL**

### CITATION

TO:        SYSCO CORPORATION

THROUGH:    ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SYSTEM COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 15, 2019**

| | |
|---|---|
| **Clerk's Office, Room 402, Civil Courts** <br> **421 Loyola Avenue** <br> **New Orleans, LA** | **CHELSEY RICHARD NAPOLEON, Clerk of** <br> **The Civil District Court** <br> **for the Parish of Orleans** <br> **State of LA** <br> by Malik Haley <br> Malik Haley, Deputy Clerk |

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **SYSCO CORPORATION** | ON **SYSCO CORPORATION** |
| THROUGH: **ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SYSTEM COMPANY** | THROUGH: **ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SYSTEM COMPANY** |
| Returned the same day <br> _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SYSCO CORPORATION** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ <br> Mileage: $ _____ | Returned the same day <br> _____ No. _____ |
| _____/ ENTERED /_____ | Deputy Sheriff of _____ |
| PAPER        RETURN <br> _____/_____ <br> SERIAL NO.    DEPUTY    PARISH | |

ID: 10132494                               Page 1 of 1