Case 2:19-cv-03283-ILRL-JVM   Document 1-2   Filed 03/25/19   Page 1 of 2

**Suit Details**

| | |
|---|---|
| **Entity Name:** | ZURICH AMERICAN INSURANCE COMPANY |
| **Contact:** | |
| **Address:** | C/O CORPORATION SERVICE COMPANY |
| | 501 LOUISIANA AVENUE |
| **City, State, Zip:** | BATON ROUGE , LA  708025921 |

**Status Details**

| | |
|---|---|
| **Suit Number:** | 201901601 |
| **Suit Status:** | Complete |
| **Date Received:** | 3/1/2019 |
| **Date Mailed:** | 3/4/2019 |
| **Certified Mail Receipt:** | 70180360000072552176 |

**Court Details**

| | |
|---|---|
| **Court Name:** | CIVIL DISTRICT COURT |
| **Court Location:** | ORLEANS PARISH |
| **Plaintiff:** | DEANGELO ADAMS |
| **Defendant:** | ZURICH AMERICAN INSURANCE COMPANY, ET AL |

Print    New Search





CRH / PERINJ
Transmittal Number: 19439742
Date Processed: 03/02/2019

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Rosalinda Leal<br>Sysco Corporation<br>1390 Enclave Pkwy<br>Houston, TX 77077-2099 |
| **Electronic copy provided to:** | Walker Essary<br>Barrett Flynn<br>Dawn Becker<br>Eve McFadden<br>Julia Macias |

| | |
|---|---|
| **Entity:** | Sysco Corporation<br>Entity ID Number  3338951 |
| **Entity Served:** | Sysco Corporation |
| **Title of Action:** | Deangelo Adams vs. Zurich American Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Orleans Parish District Court, LA |
| **Case/Reference No:** | 2019-01601 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 03/01/2019 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Yanessa Motta<br>504-500-7246 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com